HONORABLE LONNY R. SUKO

TODD NUNN, WSBA 23267
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: 206-623-7580
Facsimile: 206-370-6144
todd.nunn@klgates.com

BROOKE C. KUHL, WSBA 35727
K&L GATES LLP
618 West Riverside, Suite 300
Spokane, WA 99201-0602
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
brooke.kuhl@klgates.com

*Attorneys For Defendant*
NOTEWORLD, LLC d/b/a
NOTEWORLD SERVICING CENTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOYLE WHEELER and CARRI WHEELER, husband and wife, individually and on behalf of similarly situated Washington residents,<br><br>Plaintiffs,<br><br>v.<br><br>NOTEWORLD LLC d/b/a NOTEWORLD SERVICING CENTER, a Delaware limited liability company; NATIONWIDE SUPPORT SERVICES, INC., a California corporation; FREEDOM DEBT CENTER, a California corporation; and JOHN and JANE DOES A-K,<br><br>Defendants. | No. CV-10-202-LRS<br><br>CORPORATE DISCLOSURE STATEMENT FOR NOTEWORLD LLC |

CORPORATE DISCLOSURE
STATEMENT - 1
Case No. CV-10-202-LRS

NoteWorld LLC d/b/a NoteWorld Servicing Center certifies that it is a non-governmental corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Tacoma, Washington. NoteWorld submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. NoteWorld is not a publicly-held corporation or other publicly-held entity.

2. NoteWorld does not have any parent corporation.

3. No publicly-held corporation owns 10 percent or more of NoteWorld's stock.

DATED this 13th day of September, 2010.

K&L GATES LLP

By  s/Brooke Kuhl
Brooke Kuhl, WSBA 35727
K&L GATES LLP
618 West Riverside, Suite 300
Spokane, WA  99201-0602
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
brooke.kuhl@klgates.com

*Attorneys For Defendant*
NOTEWORLD LLC

CORPORATE DISCLOSURE
STATEMENT - 2
Case No. CV-10-202-LRS

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Timothy W. Durkop, tim@durkoplaw.com
DURKOP LAW OFFICE
Counsel for Plaintiffs

Darrell W. Scott, darrellscott@mac.com
THE SCOTT LAW GROUP, P.S.
Counsel for Plaintiffs

Matthew J. Zuchetto, matthewzuchetto@mac.com
THE SCOTT LAW GROUP, P.S.
Counsel for Plaintiffs

James Bernard King, jking@ecl-law.com
EVANS, CRAVEN & LACKIE, PS
Counsel for Defendants Nationwide Support Services Inc. and Freedom Debt Center

K&L GATES LLP

By  s/Brooke Kuhl
Brooke Kuhl, WSBA 35727
K&L GATES LLP
618 West Riverside, Suite 300
Spokane, WA 99201-0602
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
brooke.kuhl@klgates.com

*Attorneys For Defendant*
NOTEWORLD LLC

CORPORATE DISCLOSURE
STATEMENT - 3
Case No. CV-10-202-LRS