HONORABLE LONNY R. SUKO

TODD NUNN, WSBA 23267
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Facsimile: (206) 370-6144
todd.nunn@klgates.com

BROOKE C. KUHL, WSBA 35727
K&L GATES LLP
618 West Riverside, Suite 300
Spokane, WA 99201-0602
Phone: (509) 624-2100
Facsimile: (509) 456-0146
booke.kuhl@klgates.com

*Attorneys for Defendant*
NOTEWORLD, LLC d/b/a
NOTEWORLD SERVICING CENTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOYLE WHEELER and CARRI WHEELER, husband and wife, individually and on behalf of similarly situated Washington residents,<br><br>      Plaintiffs,<br><br>v.<br><br>NOTEWORLD, LLC, d/b/a NOTEWORLD SERVICING CENTER, a Delaware limited liability company; NATIONWIDE SUPPORT SERVICES, INC., a California corporation; FREEDOM DEBT CENTER, a California corporation; and JOHN AND JANE DOES A-K,<br><br>      Defendants. | NO. CV-10-202-LRS<br><br><u>CLASS ACTION</u><br><br>DEFENDANTS NOTEWORLD LLC'S AND NATIONWIDE SUPPORT SERVICES, INC.'S RESPONSE TO PLAINTIFFS' PROPOSED INITIAL DISCOVERY PLAN |

DEFENDANTS' RESPONSE TO
PLAINTIFFS' PROPOSED INITIAL
DISCOVERY PLAN - 1

K:\2067721\00001\17002_BCK\17002P22BC==RESPONSE.DOC

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE (509) 624-2100
FACSIMILE (509) 456-0146

Defendants NoteWorld LLC ("NoteWorld") and Nationwide Support Services, Inc. ("Nationwide") ("Defendants") by and through their respective counsel of record jointly respond to Plaintiffs Initial Discovery Plan (Doc. 31) as follows.

## INTRODUCTION

The parties all agree that a stay is appropriate given the certified questions pending before the Washington Supreme Court in *Carlsen v. Global Client Solutions*, E.D. Wash. No. CV-09-246-LRS and *Carlsen v. Freedom Debt Relief*, E.D. Wash. No. CV-09-55-LRS. *See* Doc. 31, p. 1. The Defendants, however, cannot agree to the broad scope of allowable discovery sought by Plaintiffs during the proposed "stay." Because the determination of the *Carlsen* certified questions may shape the scope and form of discovery needed to resolve this action, the "limited discovery" proposed by Plaintiffs is unnecessary. Further, the vague description of discovery described by Plaintiffs' is likely to lead to Court administration and adjudication of discovery disputes during the stay – disputes that ultimately may be rendered moot by the Supreme Court's determinations of the *Carlsen* questions. Defendants ask that a stay of this action be entered and following the Supreme

DEFENDANTS' RESPONSE TO
PLAINTIFFS' PROPOSED INITIAL
DISCOVERY PLAN - 2

K:\2067721\00001\17002_BCK\17002P22BC==RESPONSE.DOC

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE (509) 624-2100
FACSIMILE (509) 456-0146

Court's determination in the *Carlsen* matters, this case proceed as provided for in the Federal Rules of Civil Procedure.

## BACKGROUND

Plaintiffs initially filed their action against Defendants in the Superior Court for Spokane County. Some limited discovery was commenced by Plaintiffs. Plaintiffs ultimately dismissed that action, without prejudice, and then refiled in this Court.

Plaintiffs proposed a stipulation for stay on September 3, 2010, however, they withdrew the offer when NoteWorld expressed an intention to seek leave to file an amicus brief in one or both of the *Carlsen* matters. *See* Declaration of Brooke Kuhl filed herewith.

## DISCUSSION

There is no question that this Court has the discretion to stay the instant action as part of its inherent authority "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936). And, here, the parties agree that some form of stay would be proper.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' PROPOSED INITIAL
DISCOVERY PLAN - 3
K:\2067721\00001\17002_BCK\17002P22BC==RESPONSE.DOC

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE (509) 624-2100
FACSIMILE (509) 456-0146

The only dispute is what discovery, if any, should be permitted during the stay. There is currently little guidance from the Washington Supreme Court in interpreting claims under Washington's Debt Adjuster Statute and the briefing and argument in the *Carlsen* matters will likely shape the interpretation of statutory provisions common to this action. Given the uncertainty in the legal landscape, allowing discovery to proceed in this action before the disposition of the questions posed in the *Carlsen* matters could result in unnecessary and/or irrelevant discovery.

The "limited discovery" sought by Plaintiffs is undefined and open to various interpretations. This appears to be fertile ground for later disputes between the parties and Plaintiffs have made no showing that any discovery during the pendency of the stay is necessary. Under the Plaintiffs' proposal the Court will undoubtedly be called upon to administer parts of the "limited discovery" process and rule on discovery disputes. Given these facts, Defendants request that the entire matter, including discovery, be stayed pending the disposition of the certified questions in the *Carlsen* matters. Once a final determination is reached in those matters, this matter would proceed in the ordinary course with discovery following each parties' FRCP 26(a) initial disclosures.

DEFENDANTS' RESPONSE TO
PLAINTIFFS' PROPOSED INITIAL
DISCOVERY PLAN - 4

K:\2087721\00001\17002_BCK\17002P22BC==RESPONSE.DOC

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE (509) 624-2100
FACSIMILE (509) 456-0146

# CONCLUSION

For the foregoing reasons, NoteWorld and Nationwide respectfully request that this Court stay these proceedings pending the outcome of the Washington Supreme Court's consideration of the pending certified questions from this Court's Case Nos. 09-055 and 09-246.

DATED this 12th day of November, 2010.

| K&L GATES LLP | FOSTER PEPPER PLLC |
|---|---|
| By: /s/ Brooke C. Kuhl<br>Brooke Kuhl<br>WSBA #35727<br>brooke.kuhl@klgates.com<br>Todd Nunn, WSBA 23267<br>todd.nunn@klgates.com<br><br>*Attorneys for Defendant NoteWorld, LLC* | By: /s/ John Ray Nelson<br>John Ray Nelson<br>WSBA #16393<br>nelsj@foster.com<br><br>*Attorneys for Defendant Nationwide Support Services, Inc.* |

DEFENDANTS' RESPONSE TO
PLAINTIFFS' PROPOSED INITIAL
DISCOVERY PLAN - 5

K:\2067721\00001\17002_BCK\17002P22BC==RESPONSE.DOC

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE (509) 624-2100
FACSIMILE (509) 456-0146

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Timothy W. Durkop, tim@durkoplaw.com
DURKOP LAW OFFICE
Counsel for Plaintiffs

Darrell W. Scott, darrellscott@mac.com
THE SCOTT LAW GROUP, P.S.
Counsel for Plaintiffs

Matthew J. Zuchetto, matthewzuchetto@mac.com
THE SCOTT LAW GROUP, P.S.
Counsel for Plaintiffs

James Bernard King, jking@ecl-law.com
EVANS, CRAVEN & LACKIE, PS
Counsel for Defendant Freedom Debt Center

John Nelson, nelsj@foster.com
FOSTER PEPPER PLLC
Counsel for Defendant Nationwide Support Services, Inc.

K&L GATES LLP

By: /s/ Brooke C. Kuhl
Brooke Kuhl
brooke.kuhl@klgates.com
Attorneys for Defendants
NOTEWORLD, LLC d/b/a
NOTEWORLD SERVICING CENTER
K&L GATES LLP
618 West Riverside, Ste. 300
Spokane, WA 99201
Phone: 509-624-2100
Facsimile: 509-232-2110

DEFENDANTS' RESPONSE TO
PLAINTIFFS' PROPOSED INITIAL
DISCOVERY PLAN - 6

K:\2067721\00001\17002_BCK\17002P22BC==RESPONSE.DOC

K&L GATES LLP
618 WEST RIVERSIDE AVENUE
SUITE 300
SPOKANE, WA 99201-0602
TELEPHONE (509) 624-2100
FACSIMILE (509) 456-0146