The Honorable Lonny R. Suko

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
darrellscott@mac.com
Matthew J. Zuchetto
matthewzuchetto@mac.com
926 West Sprague Avenue, Suite 680
Spokane, WA  99201
Ph:  (509) 455-3966

DURKOP LAW OFFICE
Timothy W. Durkop
tim@durkoplaw.com
2312 N. Cherry Street, Suite 100
Spokane Valley, WA  99216
Ph:  (509) 928-3848

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOYLE WHEELER and CARRI WHEELER, husband and wife, individually and on behalf of similarly situated Washington residents, <br><br> Plaintiffs, <br><br> v. <br><br> NOTEWORLD, LLC, d/b/a NOTEWORLD SERVICING CENTER, a Delaware limited liability company; NATIONWIDE SUPPORT SERVICES, INC., a California corporation; FREEDOM DEBT CENTER, a California corporation; and JOHN AND JANE DOES A-K, <br><br> Defendants. | NO. CV-10-202-LRS <br><br> **CLASS ACTION** <br><br> DECLARATION OF MATTHEW J. ZUCHETTO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL <br><br> **Without Oral Argument** <br> **November 28, 2011** |

DECLARATION OF MATTHEW J. ZUCHETTO IN
SUPPORT OF PLAINTIFFS' MOTION TO COMPEL: 1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966
000001

MATTHEW J. ZUCHETTO makes the following declaration:

1. I am one of the attorneys of record for Plaintiffs in the above-captioned action. I am over the age of 18 and competent to testify and provide the following information of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of excerpts of Defendant Nationwide Support Services, Inc.'s Responses and Objections to Plaintiffs' First Interrogatories and Second Requests for Production (Interrogatory Nos. 2, 3, 4 and 5 and Request for Production Nos. 1, 4, 6 and 26), which responses were served on Plaintiffs on September 1, 2011.

3. Attached hereto as Exhibit "B" is a true and correct copy of excerpts of Defendant Nationwide Support Services, Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents (RFP Nos. 3 through 5), which responses were served on Plaintiff on April 13, 2011.

4. I certify that counsel for Plaintiffs have in good faith conferred with counsel for Defendant Nationwide in efforts to obtain the discovery responses without court action.

5. In view of Defendant Nationwide's failure to produce the information and documents requested in the above discovery, in August, 2011, I requested of Nationwide's counsel an opportunity to meet and confer regarding those failures.

DECLARATION OF MATTHEW J. ZUCHETTO IN
SUPPORT OF PLAINTIFFS' MOTION TO COMPEL: 2

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

000002

6. A telephonic conference, thereafter, occurred on August 18, 2011, at which time counsel met and conferred regarding outstanding discovery disputes. In response to this telephone conference and subsequent emails, Plaintiffs' counsel prepared and circulated a Stipulation and Proposed Protective Order concerning the document production.

7. A second telephonic conference occurred on September 16, 2011, at which time counsel met and conferred regarding Defendants' discovery responses. Counsel specifically discussed Defendant's unwillingness to provide material and information regarding other Class members and related entities.

8. Counsel also exchanged written correspondence in good faith efforts to obtain the discovery.

9. On October 14, 2011, Plaintiffs' Counsel further provided counsel for Nationwide with a copy of this Court's Order in the *Carlsen v. Global Client Solutions*, Case 2:09-cv-00246-LRS, ECF No. 134.

10. Notwithstanding the efforts detailed above, Defendant Nationwide persists in its refusal to respond Plaintiffs' discovery requests, as set forth in its objections and detailed in Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Compel.

DECLARATION OF MATTHEW J. ZUCHETTO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL: 3

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

000003

11. Accordingly, despite Plaintiffs' good faith attempts to obtain discovery without judicial intervention, the matters addressed in Plaintiffs' accompanying Memorandum in Support of Plaintiffs' Motion to Compel remain discovery issues of disagreement between the parties that require intervention of this Court.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed at Spokane, Washington, this 28th day of October, 2011.

_____
MATTHEW J. ZUCHETTO

DECLARATION OF MATTHEW J. ZUCHETTO IN
SUPPORT OF PLAINTIFFS' MOTION TO COMPEL: 4

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

000004

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| John Ray Nelson | nelsj@foster.com |
| | mccap@foster.com |
| | |
| Todd L. Nunn | todd.nunn@klgates.com |
| | kim.nesel@klgates.com |
| | |
| James Bernard King | jking@ecl-law.com |
| | kschulman@ecl-law.com |

EXECUTED this 28th day of October, 2011, at Spokane, Washington.

_____
SAMANTHA SIMATOS-BAESCHLIN
of The Scott Law Group, P.S.

DECLARATION OF MATTHEW J. ZUCHETTO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL: 5

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966

000005