The Honorable Lonny R. Suko

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
darrellscott@mac.com
Matthew J. Zuchetto
matthewzuchetto@mac.com
926 West Sprague Avenue, Suite 680
Spokane, WA  99201
Ph:   (509) 455-3966

DURKOP LAW OFFICE
Timothy W. Durkop
tim@durkoplaw.com
2312 N. Cherry Street, Suite 100
Spokane Valley, WA  99216
Ph:   (509) 928-3848

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOYLE WHEELER and CARRI WHEELER, husband and wife, individually and on behalf of similarly situated Washington residents,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>NOTEWORLD, LLC, d/b/a NOTEWORLD SERVICING CENTER, a Delaware limited liability company; NATIONWIDE SUPPORT SERVICES, INC., a California corporation; FREEDOM DEBT CENTER, a California corporation; and JOHN AND JANE DOES A-K,<br>　　　　　　　　Defendants. | NO. CV-10-202-LRS<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL |

ORDER GRANTING PLAINTIFFS' MOTION
TO COMPEL:  1

LAW OFFICES
THE SCOTT LAW GROUP
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA  99201
(509) 455-3966

THIS MATTER came on for hearing without oral argument before the above-entitled Court on Plaintiffs' Motion to Compel.  After reviewing the files and records herein, and the Court having been fully advised, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs' motion, ECF No. 72, is **GRANTED**.  Defendant Nationwide Support Services is to comply with its discovery duties by disclosing the information and documents cited to in the Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel.  The requested discovery shall be produced no later than December 6, 2011.  Plaintiffs are also awarded their fees; however, the amount awarded will take into account the procedural history of this case and other equitable considerations.  Plaintiffs' counsel shall prepare an itemization of the attorneys' fees incurred in bringing this motion and file the same within ten (10) days hereof.  Defendant shall file any objections thereto within seven (7) days thereafter.

DONE IN OPEN COURT this 1st day of December, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

Presented by:

THE SCOTT LAW GROUP, P.S.

By:  __/s/ Matthew J. Zuchetto_____
Matthew J. Zuchetto, WSBA #33404
matthewzuchetto@mac.com

*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION
TO COMPEL: 2

LAW OFFICES
**THE SCOTT LAW GROUP**
A PROFESSIONAL SERVICE CORPORATION
926 W. SPRAGUE AVENUE
SUITE 680
SPOKANE, WA 99201
(509) 455-3966