AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DOYLE WHEELER and CARRI WHEELER,

       *Plaintiff*

       v.            Civil Action No. CV-10-202-LRS

NOTEWORLD, LLC, et al,

       *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Judgment dismissing with prejudice all claims against the following Defendants: Nationwide Support Services, Inc.; Joanne Garneau, individually and on behalf of the martial community of Joanne Garneau and Arthur Garneau; and Freedom Debt Center. This dismissal shall be without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: January 7, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
      *(By) Deputy Clerk*

Cheryl Cambensy